AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Brandon Philip Forbes,<br><br>*Defendant(s)* | ) ) ) Case No.: 23-6217-Valle ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 22, 2022, and March 10, 2023**, in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 473 | Dealing in Counterfeit Obligations or Securities. |

This criminal complaint is based on these facts:
SEE AFFIDAVIT ATTACHED

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Richi Lopez, United States Secret Service
*Printed name and title*

Sworn in my presence by FACETIME Video.

Date: 5/11/2023

*Judge's signature*

City and state: Fort Lauderdale, Florida

Hon. Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Richi Lopez, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the United States Secret Service ("USSS") and have been so employed for more than a year. Prior to this employment I was a Police Officer with the New York City Police Department for over two years. I am responsible for conducting criminal investigations related to offenses contained in Title 18 of the United States Code. I am currently assigned to a financial crimes task force in Broward County, Florida. As a result of my training and experience, I am familiar with the tactics, methods, and techniques of committing violations of law related to financial crimes and the counterfeiting of U.S. currency.

2. The statements contained in this Affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officers. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not include all the details of the investigation of which I am aware.

3. In October of 2022, Homeland Security Investigations ("HSI") received information from the Royal Bahamas Police Force (RBPF) that a subject located in South Florida known only as "Jam Rock" was counterfeiting United States currency and sending it to the Bahamas. "Jam Rock" was subsequently identified as Brandon Philip Forbes ("FORBES"), a Bahamian citizen with no immigration status in the U.S. HSI contacted the USSS and both agencies began a joint investigation into FORBES.

4. In late November of 2022, an HSI confidential informant ("CI") began communicating with FORBES by phone and text message which were consensually monitored and recorded. On December 1, 2022, the CI spoke with FORBES by phone. During that

conversation FORBES told the CI that the counterfeit currency is "waterproof and passing the marker." The CI understood this to mean the ink would not wash off and would not be detected by security pens commonly used to detect counterfeit currency. That same day the CI met with FORBES in a parking lot in Lauderdale Lakes, Florida where FORBES showed the CI counterfeit U.S. currency and they discussed the future purchase of $30,000 of counterfeit currency. The meet was video and audio recorded.

5. On the afternoon of December 22, 2022, the CI and FORBES exchanged a series of text messages. At 3:01 PM, FORBES texted the CI, "Just so you know my brother I normally do 30% on everything because of the work and the running of the machine and the note but because the Link I do it for you for the 6500 any other time after that its 30% my brother. One love." A short time later the CI met FORBES in the same parking lot in Lauderdale Lakes and exchanged $6,500 in genuine U.S. currency for what was supposed to be $30,000 in counterfeit currency. The meet was video and audio recorded. The CI subsequently discovered FORBES only gave him $24,000 in counterfeit currency which was contained in two bank envelopes. The counterfeit currency lacks multiple security features found in genuine U.S. currency including a security thread and color-shifting ink. In addition, all of the counterfeit currency has the same serial number.

6. The counterfeit currency and bank envelopes were sent to the HSI lab which developed a latent fingerprint from one of the bank envelopes. The latent print was submitted to the National Crime Information Center (NCIC) which matched the print to a criminal record for FORBES.

7. The RBPF has confirmed that FORBES is a citizen of the Bahamas. A query of Department of Homeland Security immigration databases revealed there is no record that FORBES

2

has ever entered the United States legally or has ever been issued a U.S. visa.

8. On February 28, 2023, the CI introduced a USSS special agent, who was acting in an undercover (UC) capacity, to FORBES via text message. The UC then began communicating directly with FORBES via consensually monitored and recorded text messages. The UC arranged to meet with FORBES to purchase $25,000 in counterfeit currency.

9. On March 10, 2023, the UC met FORBES in a parking lot at the Broward Mall in Plantation, Florida where he exchanged $5,000 in genuine U.S. currency for what was supposed to be $25,000 in counterfeit U.S. currency. FORBES placed the counterfeit currency in a plastic bag and concealed it in a tree and then directed the UC to retrieve it. The meet was video and audio recorded. The UC later discovered FORBES only gave him $18,620 in counterfeit currency. The counterfeit currency lacks multiple security features found in genuine U.S. currency including a security thread and color-shifting ink. In addition, most of the counterfeit currency has the same serial number.

THIS SPACE INTENTIONALLY LEFT BLANK

WHEREFORE, based on the foregoing, your Affiant submits that there is probable cause to believe that on or about December 22, 2022, and March 10, 2023, BRANDON PHILIP FORBES, did possess and sell counterfeit U.S. currency in violation of Title 18, United States Code, Section 473, Dealing in Counterfeit Obligations or Securities of the United States.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

RICHI LOPEZ, SPECIAL AGENT
UNITED STATES SECRET SERVICE

Sworn to and subscribed before me this
____ day of May 2023

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

4